Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                    Docket No. 0208 7:17CR00753-008

Eric Landrine

On December 30, 2022, the above named was placed on Supervised Release for a period of 48 Months. He has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that Eric Landrine's Supervised Release be reduced by one (1) year.

Respectfully submitted,

*Asia A. Williams*

by _____
Asia Williams
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Eric Landrine be granted a one (1) year reduction in his Supervised Release term with a new maximum expiration date of December 29, 2025.

Date this ____17th____ day of ____January____, 20_25_ .

*Cathy Seibel*
_____
Honorable Cathy Seibel
U.S. District Judge